JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HILL, an individual<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC, a Tennessee Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00664-SSS (SPx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Sunshine S. Sykes |

Pursuant stipulation and good cause appearing, the action is dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a), and with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 30, 2025

_____
SUNSHINE S. SYKES
United States District Judge